# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SANIJET CORPORATION, § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. _____ |
| § | 3-06CV0132-L |
| BEAUTY MALL, LTD., THUY MAI, d/b/a T & H § | |
| FORMICA SALON DESIGN, K.E.C. QUALITY § | |
| SALON FURNITURE, INC., ABCA GROUP, § | |
| INC., NAILS DEPOT, INC., DAILY NAILS § | |
| BEAUTY SUPPLY CORP., THANG LY, d/b/a § | |
| DISCOUNT NAIL & BEAUTY SUPPLY, HANK § | |
| LE, d/b/a AUSTIN NAIL & BEAUTY SUPPLY, § | |
| ANDY TRAN, d/b/a ATT BARBER & § | |
| BEAUTY and d/b/a ATT HOUSTON BARBER & § | |
| BEAUTY SUPPLY, CENTRAL NAILS & § | |
| BEAUTY SUPPLY, INC., JOHN PHAM d/b/a § | |
| DISCOUNT SPA INTERNATIONAL, INC., § | |
| ANDY V. LE, d/b/a BEAUTY MALL USA, § | |
| LIEN THI NGUYEN, d/b/a BEAUTY MALL § | |
| USA, U.S. SPA, LTD., VU T. BUI, d/b/a § | |
| FANTASY NAIL SUPPLY, NL 3000S NAIL § | |
| BEAUTY SUPPLY, INC., DINH KHOA TRAN, § | |
| d/b/a USA NAIL SUPPLY, CHRIS TRAN d/b/a § | |
| USA NAIL SUPPLY, TRAI VAN NGUYEN, d/b/a § | |
| STARLIGHT BEAUTY SUPPLY, THOMAS § | |
| VAN NGUYEN, d/b/a AMERICAN BEAUTY § | |
| SUPPLY, MILLENIA PRODUCTIONS, LLC, § | |
| YESIMEX CORP., DUSTIN DZUNG PHAM, § | |
| d/b/a US BEAUTY SUPPLY, HUE NGUYEN, § | |
| d/b/a STARLIGHT BEAUTY SUPPLY, § | |
| MICHAEL NGUYEN, d/b/a STARLIGHT § | |
| BEAUTY SUPPLY, THI PHAM, d/b/a NC EAST § | |
| WEST BEAUTY SUPPLY; PHI NGUYEN, § | |
| d/b/a GOLDEN NAIL SUPPLY, § | |
| Defendants. § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, Sanijet Corporation ("Sanijet"), pursuant to RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE, files its original complaint against the defendants.

**Plaintiff's Original Complaint**      Page 1

### NATURE OF SUIT

1.01. This is a patent infringement suit seeking injunctive relief, damages, and attorney fees. The patented invention is a pipeless whirlpool jet ("Pipeless Jet"). The infringing devices are Pipeless Jets and pedicure foot spas equipped with Pipeless Jets.

### PARTIES

2.01. Sanijet is a Texas corporation with its principal place of business in Dallas County, Texas.

2.02. Defendants are specifically identified below and consist of original equipment manufacturers (OEMs) and distributors who deal in substantially identical Pipeless Jets and/or in pedicure spas equipped with such jets by importing them into the United States and/or making, using, offering to sell and/or selling them in the United States.

2.03. Defendant, Beauty Mall, Ltd. ("BML") is an OEM that is organized and existing pursuant to the laws of the State of Texas with its principal place of business in Dallas County, Texas. Beauty Mall may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to (a) BML's registered agent for service of process, Thanh V. Le, 104 N. Barnes Drive, Garland, Texas 75042 or (b) its General Partner, Nails Depot, Inc., by serving (i) its registered agent, Vui Le at 4516 Brookridge Drive, Richardson, Texas 75082 or (ii) any corporate officer or managing or general agent at 3359 W. Walnut Street, #200, Garland, TX 75042.

2.04. Defendant, Thuy Mai, is a Texas resident and an OEM who does business as "T & H Formica Salon Design" ("T & H Formica") and whose principal place of business is in Harris County, Texas. Defendant, Thuy Mai, may be served with process

by delivering to him a summons and a true and correct copy of Plaintiff's Original Complaint at his business address at 5906 Jessamine, Suite 4B, Houston, Texas 77081.

2.05. Defendant, K.E.C. Quality Salon Furniture, Inc. ("KEC"), is a corporation that is organized and existing pursuant to the laws of the State of Georgia with its principal place of business located at 5295 Webb Parkway, Lilburn, Georgia 30047. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq*. Defendant may be served with process by delivering a summons, together with a true and correct copy of Plaintiff's Original Complaint, to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at its home or home office at 5295 Webb Parkway, Lilburn, Georgia 30047.

2.06. Defendant, ABCA Group, Inc. ("ABCA"), is a Texas corporation with its principal place of business located at 2721 Market Street, Garland, Dallas County, Texas. ABCA may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint, to its registered agent, Yu-Chin Liu at 7017 Falcon Drive, Plano, Texas 75025, or 2721 Market Street in Garland, Dallas County, Texas or, alternatively, to any corporate officer or a managing agent or general agent of the corporation at its business address set forth above.

2.07. Defendant, Nails Depot, Inc. ("Nails Depot"), is a Texas corporation with its principal place of business at 3359 W. Walnut Street #200, Garland, Dallas County, Texas 75042. Summons and complaint may be served on either its registered agent, Vui Le, at 4516 Brookridge Drive, Richardson, Texas 75082 or at 3359 W. Walnut Street

#200, Garland, TX 75042 or, alternatively, on any corporate officer or a managing agent or general agent of the corporation at the business address set forth above.

2.08. Defendant, Daily Nails Beauty Supply Corporation ("Daily Nails"), is a Texas corporation doing business as "Daily Nail Supply" and "Spa Repair and Sales Shop" with its principal place of business located in Tarrant County, Texas. Daily Nails may be served with process by delivering a summons, together with a true and correct copy of Plaintiff's Original Complaint, to its registered agent, Steven V. Nguyen at its registered and business address, 2220 South Collins Street, Arlington, Texas 76010 or, alternatively, at 2100 Citation Drive, Arlington, Texas 76017.

2.09. Defendant, Thang Ly a/k/a Tony Ly, is a Texas resident doing business as "Discount Nail & Beauty Supply" ("Discount Nail") whose principal place of business is located at 4475 Walzem Road #1, San Antonio, TX 78218. Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to him at the address set forth above.

2.10. Defendant, Hank Le, also known as Hai Le, is a Texas resident or a nonresident doing business as "Austin Nails & Beauty Supply" ("Austin Nails") at 8610 N. Lamar Blvd., #112, Austin, TX 78753. This action arises from Defendant's business in Texas at said address. Defendant is not required by statute to designate a resident agent for service of process. Accordingly, Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to him at said address or to the person in charge of the business at said address.

2.11. Defendant, Andy Tran, is a Texas resident doing business as "ATT Barber & Beauty" and/or "ATT Houston Barber & Beauty Supply" ("ATT") with his principal place of business located at 7234 Boone Road, Houston, TX 77072. Defendant may be

served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to him at the address set forth above.

2.12. Defendant, Central Nails & Beauty Supply, Inc. ("Central Nails"), is a Texas Corporation with its principal place of business located at 10739 Kingspoint Drive, Houston, TX 77075. Central Nails may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to its registered agent, Lan Ai Nguyen at 10739 Kingspoint Drive, Houston, TX 77075 or, alternatively, at 5124 Carefree Drive, League City, Texas 77573, or to a corporate officer or a managing agent or general agent of the corporation at said business address.

2.13. Defendant, John Pham, is a Texas resident doing business as "Discount Spa International, Inc.," whose principal place of business is located at 11111 Bellaire Blvd., Houston, TX 77072. Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to him at said address.

2.14. Defendant, Andy V. Le, is a California resident doing business as "Beauty Mall, USA" whose principal place of business, and home and/or home office address, is located at 579 Tully Road, San Jose, CA 95111. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq*. Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said home and/or home office address.

2.15. Defendant, Lien Thi Nguyen, is a California resident doing business as "Beauty Mall USA" whose principal place of business, and home and/or home office, is located at 579 Tully Road, San Jose, CA 95111. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said address.

2.16. Defendant, U.S. Spa, Ltd. ("U.S. Spa"), is a California limited partnership with its principal place of business and home office located at 8155 Belvedere Ave., Suite C, Sacramento, CA 95826. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* U.S. Spa may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said address.

2.17. Defendant, Vu T. Bui is a Florida resident doing business as "Fantasy Nail Supply" whose principal place of business, and home and/or home office, is located at 6273 34th Street North, Pinellas Park, FL 33781. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for

service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said address.

2.18. Defendant, NL 3000S Nail Beauty Supply, Inc., is a Florida corporation doing business as "NL 3000 Nails & Beauty Supply" with its principal place of business and home office at 3694 Water Avenue, Tampa, FL 33614. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said address.

2.19. Defendant, Dinh Khoa Tran, also known as K. Tran, is a Georgia resident doing business as "USA Nail Supply" whose principal place of business, and home and/or home office, is located at 4775 Buford Hwy #103, Chamblee, GA 30341. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* Defendant may be served with process by delivering a summons and a true and correct copy of

Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said address.

2.20. Defendant, Chris Tran, is a Georgia resident doing business as "USA Nail Supply" whose principal place of business, and home and/or home office, is located at 4775 Buford Hwy #103, Chamblee, GA 30341. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said address.

2.21. Defendant, Trai Van Nguyen, is an Illinois resident doing business as "Starlight Beauty Supply" whose principal place of business, and home and/or home office, is located at 4925 N. Broadway #C, Chicago, IL 60640. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified addressed to Defendant at said address.

2.22. Defendant, Thomas Van Nguyen, also known as Thomas Nguyen, is an Iowa resident doing business as "American Beauty Supply" whose principal place of

Case 3:06-cv-00135   Document 1   Filed 01/19/2006   Page 9 of 19
Case 3:06-cv-00135-F   Document 1-4   Filed 01/19/06   Page 9 of 19   PageID 9

business and home or home office is located at 842 Hull Avenue, Des Moines, IA 50316 and/or 816 Valley West Drive, West Des Moines, IA 50265. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq*. Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at each of said addresses.

2.23. Defendant, Millenia Productions, LLC, is a Kansas limited liability company with its principal place of business and home office at 3201 North Mead, Wichita, Kansas 67219. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq*. Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said address.

2.24. Defendant, Yesimex Corporation, is a Maryland corporation with its principal place of business and home office at 4706 Hollins Ferry Road, Baltimore, MD 21227. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas

Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said address.

2.25. Defendant, Dustin Dzung Pham, is a Massachusetts resident doing business as "U.S. Beauty Supply" and/or "U.S. Beauty Supplies" whose principal place of business, and home and/or home office is located at 589 Park Avenue #1, Worcester, MA 01603. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said address.

2.26. Defendant, Hue Nguyen, is a Nevada resident doing business in Las Vegas, Nevada as "Starlight Beauty Supply", "LV Starlight Nail & Beauty Supply", "Nails for You" and "Beyond Nails". Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to

Defendant at his/her home or home office address at 5300 Spring Mountain Road, Ste.102 Las Vegas, NV 89146.

2.27. Defendant, Michael Nguyen, is a Nevada resident doing business in Las Vegas, Nevada as "Starlight Beauty Supply", "LV Starlight Nail & Beauty Supply", "Nails for You" and "Beyond Nails". Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq*. Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at his/her home or home office address at 5300 Spring Mountain Road, Ste.102 Las Vegas, NV 89146.

2.28. Defendant, Thi Pham, also known as Thi Phan, is a North Carolina resident doing business as "NC East West Beauty Supply" and/or "NC East West Nail & Beauty Supply" whose principal place of business and home office is located at 3314 Capital Blvd, Raleigh, NC 27604 and whose home address is 100 Travilah Oaks Lane, Raleigh, NC 27606. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq*. Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary

of State of Texas, who may deliver the process via certified mail addressed to Defendant at each of said addresses.

2.29. Defendant, Phi Nguyen, also known as Phi Nauyen, is a Tennessee resident doing business as "Golden Nail Supply" whose principal place of business and home or home office, is located at 5841 Charlotte Pike, Nashville, TN 37209. Defendant engages in business in Texas but does not have a regular place of business in Texas or a resident agent for service of process in Texas. Additionally, this suit arises out of business Defendant has done in Texas within the meaning of the Texas Long Arm Statute, V.T.C.A., Texas Civil Practice & Remedies Code, §17.041 *et seq.* Defendant may be served with process by delivering a summons and a true and correct copy of Plaintiff's Original Complaint to the Secretary of State of Texas, who may deliver the process via certified mail addressed to Defendant at said address.

### JURISDICTION AND VENUE

3.01. This suit arises under the United States patent laws, U. S. Code Title 35. The Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

3.02. Venue is proper in the Northern District of Texas under 28 U.S.C. 1391(b)(2) & (c) and §1400(b). A substantial part of the events or omissions giving rise to Plaintiff's claims have occurred in this district. Acts of infringement have occurred in this district. Some of the Defendants have a regular and established place of business in this district.

## FACTUAL ALLEGATIONS

The Subject Patents

4.01   Plaintiff owns the following United States Letters Patent (hereinafter "the subject patents"):

| Patent # | Date Issued | Title of Invention |
|---|---|---|
| 4,853,987 | 08-08-89 | Unitized Hydrotherapy Jet and Pump Assembly |
| 5,414,878 | 05-16-95 | Sanitary Whirlpool Jet Apparatus |
| 5,587,023 | 2-24-96 | Method of Removing a Whirlpool Jet Apparatus From a Whirlpool Bathtub for Inspection, Cleaning or Repair. |

4.02.   The Patents are valid and enforceable.

Plaintiff's Invention is a key component of "Pedicure Spas"

4.03.   A "Pedicure Spa" is a miniature fill-and-drain whirlpool bath for the feet. It is equipped with a water circulation system and a chair mounted on a platform in which the user sits while receiving a hydro-massage foot treatment.  See Exhibit 1, Figure 1.

4.04.   Conventional circulation design uses an ordinary electric pump to recirculate water from the vessel through a hidden piping harness and out through jets in the sidewall of the vessel ("Piped System").   See Exhibit 1, Figure 2.

4.05.   In the 1990's, Plaintiff developed pipeless circulation technology under the subject patents utilizing a unitized jet and pump assembly that pulls water from the vessel into an encasement, turns it 180 degrees and propels it in a jet stream through a nozzle back into the vessel.  Exhibit 1, Figure 3 depicts the Pipeless Jet that Plaintiff developed.

4.06. A "Pipeless System" consists of one or more Pipeless Jets configured and linked to a single set of controls with each jet individually powered by its own electric motor. See Exhibit 1, Figure 4. Pipeless Systems are installed on pedicure spas (Exhibit 1, Figure 5) and other hydro massage appliances such as whirlpool bathtubs (Exhibit 1, Figure 6).

4.07. In 2000, Plaintiff introduced pipeless technology to the market with its line of whirlpool bathtubs. Later that year Popular Science magazine recognized Plaintiff's pipeless technology with its "Best of What's New" award.

4.08. The dominant advantage of a Pipeless System relates to sanitation. When the vessel of a Piped System is drained, unsanitary bath residue remains trapped inside the piping. The warm, dark, moist environment can become a fertile breeding ground for harmful bacteria. Piping is not accessible for hand scrubbing or inspection, and flushing a Piped System with chemicals is not effective under prevalent operating practices. In contrast, every component of Plaintiff's Pipeless Jet that touches water can be inspected visually and cleaned by hand by the user without tools.

4.09. Plaintiff's Pipeless Jets have been tested independently and are certified for cleanliness by NSF International (formerly The National Sanitation Foundation). No other hydro-massage system on the market has equivalent certification.

4.10. In 2001, reports began to surface concerning an infectious outbreak in Santa Cruz County, California involving over 100 women who had received pedicures at the same nail salon in Watsonville.

4.11. Infections manifested as ugly skin lesions on the legs that required months of aggressive antibiotic treatment and left hideous scars.

4.12. The infections were traced to a mycobacterium in the spa piping that was highly resistant to chlorine disinfection.

4.13. Similar incidents have been reported elsewhere since Watsonville. These incidents grabbed the salon industry's attention and focused it on sanitation and safety. If risk of infection was the problem, Pipeless Jets were the answer.

4.14. In 2003, Plaintiff began selling Pipeless Systems in 2-Jet and 4-Jet configurations to OEMs for installation on Pedicure Spas they make and sell under their own brands. The first pipeless Pedicure Spas on the market were equipped with Plaintiff's Pipeless Jets.

4.15. As industry skepticism about Piped Systems grew, so did the demand for pipeless Pedicure Spas and eventually the proliferation of pipeless Pedicure Spas equipped with "knock-off" Pipeless Jets. The Pipeless Jets that Defendants import, make, use, offer to sell and/or sell are structurally identical and/or functionally equivalent to Plaintiff's Pipeless Jets.

**CAUSE OF ACTION**
(PATENT INFRINGEMENT)

5.01. Plaintiff incorporates the allegations of paragraphs 4.01 thru 4.15 above as if fully reproduced herein.

5.02. The Pipeless Jets and Pedicure Spas equipped with such jets that Defendants import, make, use, offer to sell and/or sell infringe, either literally or pursuant to the Doctrine of Equivalents, each and every element of one or more of the claims of the Subject Patents.

5.03. As a result of Defendants' ongoing infringement of the Patents, Plaintiff is entitled to recover damages in an amount no less than a reasonable royalty for the use

Defendants have made and continue to make of the invention, together with interest and costs as fixed by the court.

5.04. Because the Defendants' infringement of the Subject Patents was and continues to be willful, Plaintiff is entitled to additional damages in an amount up to three times its actual damages and to recover its attorneys' fees and expenses incurred in connection with the prosecution of this lawsuit.

5.05. Plaintiff has suffered and will continue to suffer immediate and irreparable harm if the Defendants continue to infringe and to induce the infringement of the Subject Patents. Additionally, there is no adequate remedy at law for the harm and damage that will occur to Plaintiff's rights and interest in the Subject Patents.

### PRAYER

Plaintiff prays for the entry of final judgment in this case:

a) declaring Defendants have infringed the Subject Patents;

b) allowing for confiscation or destruction of all infringing Pipeless Jets and Pedicure Spas;

c) awarding compensatory damages in an amount to be determined at trial;

d) awarding additional damages in an amount up to three (3) times the amount of compensatory damages, as authorized by 35 U.S.C. §284;

e) issuing a permanent injunction enjoining Defendants and their respective officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, from importing, making, using, selling or offering to sell Pipeless Jets or devices or appliances equipped with or incorporating Pipeless Jets, including Pedicure Spas, whirlpool baths or other products that infringe the subject patents;

f) awarding prejudgment interest;

g) awarding attorney fees;

h) awarding court costs; and

i) granting all other relief the Court may deem just.

Respectfully submitted,

*/s/ James E. Davis*

JAMES E. DAVIS
State Bar No. 05504200

**DAVIS MUNCK, P.C.**
900 Three Galleria Tower
13155 Noel Road
Dallas, Texas 75240
(972) 628-3600 - Telephone
(972) 628-3616 – Facsimile

JAMIE WALL
State Bar No. 20756700

1461 South Beltline Road, Suite 100
Coppell, Texas 75019
(972) 745-2283 - Telephone
(972) 745-2285 - Facsimile

**ATTORNEYS FOR SANIJET CORPORATION**



**Figure 1:**
Pedicure Spa



**Figure 2:**
Piping Harness Installed on
Pedicure Spa (Bottom View)



**Figure 3:**
Pipeless Jet (Exploded View)



**Figure 4:**
2-Jet Pipeless System for
Pedicure Spa



**Figure 5:**
2-Jet Pipeless System
Installed on Pedicure Spa



**Figure 6:**
6-Jet Pipeless System Installed on
Whirlpool Bathtub

**Exhibit 1**

%JS 44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

RECEIVED
JAN 19
CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ORIGINAL

## I. (a) PLAINTIFFS
SANIJET CORPORATION

### DEFENDANTS
BEAUTY MALL, LTD, et al

(b) County of Residence of First Listed Plaintiff    Dallas County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Dallas County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

3-06CV0135-L

(c) Attorney's (Firm Name, Address, and Telephone Number)
Davis Munck, P.C., 13155 Noel Rd., Ste. 900, Dallas, TX 75240
(972) 628-3600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U S. Government Not a Party)
☐ 2  U S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs | ☒ 830 Patent | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | Habeas Corpus: | ☐ 870 Taxes (U.S Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | | ☐ 530 General | ☐ 790 Other Labor Litigation | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl Ret Inc. Security Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | ☐ 446 Amer w/Disabilities - Other | ☐ 550 Civil Rights | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

Cite the U S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity).

## VI. CAUSE OF ACTION
Brief description of cause   Patent infringement action.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE   January 19, 2006
SIGNATURE OF ATTORNEY OF RECORD   James E. Davis

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG JUDGE