ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANIJET CORPORATION<br>               Plaintiff,<br><br>vs.<br><br>BEAUTY MALL, LTD., THUY MAI, d/b/a T & H<br>FORMICA SALON DESIGN, K.E.C. QUALITY<br>SALON FURNITURE, INC., ABCA GROUP,<br>INC., NAILS DEPOT, INC., DAILY NAILS<br>BEAUTY SUPPLY CORP., THANG LY, d/b/a<br>DISCOUNT NAIL & BEAUTY SUPPLY, HANK<br>Le, d/b/a AUSTIN NAIL & BEAUTY SUPPLY,<br>ANDY TRAN, d/b/a ATT BARBER &<br>BEAUTY and d/b/a ATT HOUSTON BARBER &<br>BEAUTY SUPPLY, CENTRAL NAILS &<br>BEAUTY SUPPLY, INC., JOHN PHAM d/b/a<br>DISCOUNT SPA INTERNATIONAL, INC.,<br>ANDY V. LE, d/b/a BEAUTY MALL USA,<br>LIEN THI NGUYEN, d/b/a BEAUTY MALL<br>USA, U.S. SPA, LTD., VU T. BUI, d/b/a<br>FANTASY NAIL SUPPLY, NL 3000S NAIL<br>BEAUTY SUPPLY, INC., DINH KHOA TRAN,<br>d/b/a USA NAIL SUPPLY, CHRIS TRAN d/b/a<br>USA NAIL SUPPLY, TRAI VAN NGUYEN, d/b/a<br>STARLIGHT BEAUTY SUPPLY, THOMAS<br>VAN NGUYEN, d/b/a AMERICAN BEAUTY<br>SUPPLY, MILLENIA PRODUCTIONS, LLC,<br>YESIMEX CORP., DUSTIN DZUNG PHAM,<br>d/b/a US BEAUTY SUPPLY, HUE NGUYEN,<br>d/b/a STARLIGHT BEAUTY SUPPLY,<br>MICHAEL NGUYEN, d/b/a STARLIGHT<br>BEAUTY SUPPLY, THI PHAM, d/b/a NC EAST<br>WEST BEAUTY SUPPLY, PHI NGUYEN, d/b/a<br>GOLDEN NAIL SUPPLY,<br>               Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | CASE NO. 3-06CV0135-L<br><br><br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF TEXAS<br>FILED<br>FEB 21 2006<br>CLERK, U.S. DISTRICT COURT<br>By _____<br>Deputy |

1

## DEFENDANT'S ORIGINAL ANSWER AND CROSS-CLAIMS

Defendant, Andy Tran, d/b/a ATT Barber & Beauty and/or ATT Houston Barber & Beauty Supply, files this original answer to plaintiff Sanijet Corporation's Original complaint.

### A. Admissions & Denials

Defendant denies knowingly, intentionally, willfully, or recklessly selling, importing, making, using, and/or offer to sell the Subject Patents.

Defendant is without knowledge or information sufficient to form a belief as to the allegation that Defendant imported, made, used, offered to sell and/or sold infringe, either literally or pursuant to the Doctrine of Equivalents, each and every element of one or more of the claims of the Subject Patents.

### B. Cross-Claims

Codefendants, Beauty Mall, Ltd, and Thuy Mai, are Original Equipment Manufacturers (OEM). They are liable to defendant because they intentionally and fraudulently advertised, marketed products to defendant ATT Barber and Beauty Supplies without informing defendant that they sell infringe, either literally or pursuant to the Doctrine of Equivalents.

Beauty Mall may be served with process by delivering a summons and a true and correct copy of Defendant's Original Answer and Cross-Claims to its counsel Fish & Richardson, P.C, 1717 Main Street, Suite 500. Dallas, Texas 75201.

Thuy Mai may be served with process by delivering to him a summons and a true and correct copy of Defendant's Original Answer and Cross-Claims at his business address at 5906 Jessamine, Suite 4B, Houston, Texas 77081.

C. Prayer

For these reasons, defendant asks the court to do the following:

a. Render judgment that plaintiff takes nothing.

b. Dismiss plaintiff's suit with prejudice.

c. Assess costs against plaintiff.

d. Render judgment against codefendants, Beauty Mall, Ltd, and Thuy Mai, for fraud

e. Award defendant attorney fees.

f. Grating all other relief the Court may deem just.

Respectfully submitted.

**ROBERT PHAM & ASSOCIATES, P.C**

By: _____
Robert B. Pham
State Bar No. 00795590
10260 Westheimer Road, Suite 207
Houston, Texas 77042
Tele: (713) 789-8010
Fax: (713) 789-7750

ATTORNEY FOR DEFENDANT
Andy Tran d/b/a ATT Barber & Beauty and/or
ATT Houston Barber & Beauty Supply

## CERTIFICATE OF SERVICE

I certify that a copy of Defendant's Original Answer and Cross-Claims was served on Sanijet Corporation, through counsel of record, James E. Davis, of Davis Munck, PC, 13155 Noel Road, Suite 900. Dallas, Texas 75240 and Jamie Wall, 1461 South Beltline Road, Suite 100. Coppell, Texas 75019 by:

1. Certified U.S. Mail, Return Receipt Requested, on February 16, 2006
2. Telephonic document transfer to fax number 972 628-3616 and 972 745-2285 on February 16, 2006 before 5:00 p.m., local time of the recipients.

_____
Robert Pham.