IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SANIJET CORPORATION**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-0135-L |
| | § | |
| **BEAUTY MALL, LTD., et al.**, | § | |
| | § | |
| Defendants. | § | |

**AGREED JUDGMENT AGAINST**
**ANDY TRAN, JOHN PHAM, AND MILLENIA PRODUCTIONS, LLC**

This judgment is against the following Defendants:

1.  Andy Tran d.b.a. ATT Barber & Beauty and/or ATT Houston Barber & Beauty Supply;
2.  John Pham d.b.a. Discount Spa International, Inc.; and
3.  Millenia Productions, LLC.

Plaintiff and Defendants agree to the entry of this judgment as evidenced by their signatures below and by a stipulation of judgment filed in this case. The Court has reviewed the record and is duly advised. It is therefore ORDERED and DECREED that:

1.  Each Defendant and its officers, agents, servants, employees, attorneys, or any of them, and all persons in active concert or participation with them, are immediately and permanently prohibited and enjoined from any acts of infringement, contributory infringement or inducement of infringement of United States Patent ##4,853,987, 5,414,878 or 5,587,023 without express written consent from Plaintiff as long as said Patents respectively remain in force. This injunction includes, but is not limited to:

**Agreed Judgment - Page 1**

a)     importing, making, using, selling or offering to sell

    1)     the accused device, being the pipeless jet marketed by Beauty Mall, Ltd. as the BM8000 Jet and/or Ultra Clean Jet BM8000 or any identical device whether or not made or sold by Beauty Mall, Ltd. and regardless of brand        name, model name, model number or trademark; or

    2)     any pedicure spa, whirlpool, or other hydro massage appliance or product    equipped with jets covered by paragraph 1) above, regardless of brand name, model name, model number or trademark; and

b)     teaching or instructing the methods of removing or cleaning a jet assembly or whirlpool jet apparatus within the scope of one or more claims of United States Patent #5,587,023 so as to contribute to or induce infringement of the Patent.

2.     Each Defendant and its officers, agents, servants, employees, attorneys, or any of them, and all persons in active concert or participation with them, are ORDERED:

a)     to provide information and documents that Plaintiff might request in the same manner and to the same extent as in pretrial discovery absent this judgment; and

b)     to serve on Plaintiff, within 30 days after this judgment is entered, a written declaration under oath and subject to the penalty of perjury stating in detail the manner and form by which the Defendant has complied with the injunctive provisions of this judgment.

3.     Defendants shall take nothing against the Plaintiff.

4.     The Court retains jurisdiction of this matter to enforce the judgment.

5.     The clerk shall issue process to enforce the judgment as the law provides.

6.     Costs relating to Defendants in this judgment are taxed to the party incurring same.

7.     The court denies all relief not granted herein.

**Agreed Judgment - Page 2**

**Signed** this 24th day of May, 2007.

Sam A. Lindsay
United States District Judge

**Agreed as to Substance and Form:**

*s/ John William Booth*                          *s/ Andy Tran*
John William Booth, President                 Andy Tran
Sanijet Corporation


*s/ John Pham*                                    *s/ Michael Le*
John Pham                                         Michael Le, Chief Executive Officer
                                                  Millenia Productions, LLC


**Approved as to Form:**

*s/ Jamie Wall*                                   *s/ Robert B. Pham*
Jamie Wall, Plaintiff's Attorney              Robert B. Pham, Defendants' Attorney

**Agreed Judgment - Page 3**